**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ESTATE OF WILLIAM P. O'BRIEN, DECEASED | : No. 112 MAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| PETITION OF: DONNA WELLINGTON | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.